JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LESLIE G. HENLEY, AKA GLENN HENLEY,<br><br>        Defendant | No. CV A 13-4599<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Leslie G. Henley, aka Glenn Henley, in the principal amount of $2,365.15 plus interest accrued to June 19, 2013, in the sum of $3,642.24; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$6,007.39**.

DATED: 11/19/13         By: TERRY NAFISI
                                              Clerk of the Court

                                                    _____
                                                        Deputy Clerk
                                         United States District Court